United States District Court
For the Northern District of California

1
2
3
4
5
6               UNITED STATES DISTRICT COURT
7               NORTHERN DISTRICT OF CALIFORNIA
8
9   WILLIAMS,                          No. C-11-03873 DMR
10              Plaintiff(s),          **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE**
11       v.
12   CITY OF LAFAYETTE ET AL,
13              Defendant(s).
                                    /
14
15       TO ALL PARTIES AND COUNSEL OF RECORD:
16       The Initial Case Management Conference is set for **April 4, 2012 at 1:30 p.m.**, Courtroom 4,
17   3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.
18       IT IS SO ORDERED.
19
20   Dated:  March 22, 2012
21                                    _____
22                                    DONNA M. RYU
                                      United States Magistrate Judge
23
24
25
26
27
28