**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAMS,                                           No. C-11-03873 DMR

        Plaintiff(s),                        **ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE**

    v.

CITY OF LAFAYETTE ET AL,

        Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Initial Case Management Conference is set for **April 4, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

    IT IS SO ORDERED.

Dated:  March 22, 2012

_____
DONNA M. RYU
United States Magistrate Judge